DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ANTIONETTE EDWARDS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0170

_____

November 14, 2025

Appeal from the Circuit Court for Manatee County; Stephen M. Whyte,
Judge.

Blair Allen, Public Defender, and Megan Banfield, Assistant Public
Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

    Affirmed.

SILBERMAN, LaROSE, and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.